LUCKY HILL OIL CO. et al. v. C. T. EVERTS. (No. 2472.) (Court of Civil Appeals of Texas. Amarillo. April 29, 1925.) Appeal from District Court, Wichita County; E. W. Napier, Judge. Smoot & Smoot and J. A. Hughes, all of Wichita Falls, for appellants. C. M. McFarland and Fischer & Fischer, all of Wichita Falls, for appellee.

RANDOLPH, J. The appellants have filed no brief in this case. Appellee files a brief, which is substantially a motion to affirm, on the failure of appellants to file their brief, because the trial court's judgment is supported by the pleading and the evidence. Rule 39, which was promulgated by the Supreme Court of June 22, 1921, is substituted for the old rule 42 for the Court of Civil Appeals, and reads as follows: "When the appellant or plaintiff in error has failed to prepare the case for submission, by the omission of what is required, after bond or affidavit filed for appeal or writ of error with citation served the appellee or defendant in error, before the call of the case, may file in the Court of Civil Appeals his brief, which the court may, in its discretion, regard as a correct presentation of the case, and upon which it may, in its discretion, affirm the judgment of the trial court, without examining the record further than to see that the judgment is one that can be affirmed under the view presented by the appellee or defendant in error." We have examined the record, and find that the judgment is one that can be affirmed, under the view presented by appellee, as provided by said rule 39, and here affirm the trial court's judgment. Cooper Mfg. Co. v. Golding (Tex. Civ. App.) 163 S. W. 103; Schwartzlose v. Mehlitz (Tex. Civ. App.) 81 S. W. 68; Schulz v. Ruedrich (Tex. Civ. App.) 81 S. W. 324; Ball v. Dignowity (Tex. Civ. App.) 68 S. W. 800; Weinman v. Spencer, 58 Tex. Civ. App. 244, 124 S. W. 209; Baggett v. Riley (Tex. Civ. App.) 146 S. W. 304; Shuttlesworth v. Armour (Tex. Civ. App.) 168 S. W. 439; Record Co. v. Popplewell (Tex. Civ. App.) 161 S. W. 930; Reece v. Langley (Tex. Civ. App.) 230 S. W. 510.

---

3

D. F. MINNEY, Appellant, v. SOUTHERN MANUFACTURING COMPANY, Appellee. (No. 7348.) (Court of Civil Appeals of Texas. San Antonio. April 29, 1925.) Appeal from District Court, Tarrant County; R. E. L. Roy, Judge. H. D. Payne, of Fort Worth, for appellee.

FLY, C. J. No brief has been filed by the appellant, nor does any statement of facts accompany the record. The suit is a simple one on a plain, open contract for labor and material utilized in installing an elevator in the old Worth Building, Fort Worth, amounting in the aggregate to $1,160. The written contract was attached to and made a part of the petition. Appellee states that the appeal was for delay only, and asks for an affirmance of the judgment, with 10 per cent. damages. The law provides that Courts of Civil Appeals "shall, in their discretion include in said judgment or decree, such damages, not exceeding 10 per cent. of the amount of the original judgment, as the court may deem proper, and the judgment or decree of said courts rendered as contemplated in this article shall be final." Article 1627, as amended by Acts 1921, 37th Leg. c. 23, § 2. The circumstances indicate that the appeal was perfected for delay only, and the judgment will be affirmed, with 10 per cent. damages on $1,042.10, the amount of the original judgment.